# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NANCY AMORELLO,  )<br>PETER AMORELLO,  )<br>　　　Plaintiffs,  )<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>AMERICA'S SERVICING COMPANY,  )<br>　　　Defendant.  )<br>　　　　　　　　　　　　　) | CIVIL ACTION<br>NO. 14-10200-DHH |

## ORDER

**March 3, 2014**

Hennessy, M.J.

On February 27, 2014, Plaintiffs Peter A. Amorello and Nancy Amorello filed Motions to Amend their Complaint (Dockets #12 and 13, respectively). Pursuant to Local Rule 7.1(A)(2), counsel was required to include a certificate in these motions stating that counsel had conferred and attempted in good faith to resolve or narrow the issue. Neither motion contains this certification. Plaintiffs have also failed to comply with Local Rule 7.1(B)(1), which requires a party filing a motion to file, at the same time, "a memorandum of reasons, including citation of supporting authorities, why the motion should be granted."

Therefore, both Motions to Amend the Complaint (Dockets #12 and 13) are hereby DENIED WITHOUT PREJUDICE for failure to comply with Local Rule 7.1.

　　　　　　　　　　　　　　　　　　　　/S/ David H. Hennessy
　　　　　　　　　　　　　　　　　　　　David H. Hennessy
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE