**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NANCY AMORELLO, ) | |
| PETER AMORELLO, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION** |
| ) | **NO. 14-10200-DHH** |
| AMERICA'S SERVICING COMPANY, ) | |
| Defendant. ) | |

## ORDER

**March 3, 2014**

Hennessy, M.J.

On February 3, 2014, Defendant Wells Fargo Bank, N.A. ("Wells Fargo")[1] filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket #6). Pursuant to Local Rule 7.1(A)(2), counsel was required to include a certificate in this motion stating that counsel had conferred and attempted in good faith to resolve or narrow the issue. The motion does not contain the requisite certification.

Therefore, the Motion to Dismiss (Docket #6) is hereby DENIED WITHOUT PREJUDICE for failure to comply with Local Rule 7.1.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE

---

[1] Wells Fargo states that it was incorrectly identified in Plaintiffs' Complaint as America's Servicing Company. (Docket #6 at 1).